**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

      Plaintiff,

v.                                                                          Civil Action No. 1:14-cv-00702-LMB-TRJ

JOHN DOE, subscriber assigned IP address
69.143.106.113,

      Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 69.143.106.113. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 24, 2014

                                                  Respectfully submitted,

                                                  By: /s/ *William E. Tabot*
                                                  William E. Tabot PC
                                                  9248 Mosby Street
                                                  Manassas, VA 20110-5038
                                                  Phone: 703-530-7075
                                                  Email: wetabotesq@wetlawfirm.com
                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 24, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By: /s/ *William E. Tabot*_____
                William E. Tabot